ACCEPTED
03-14-00527-CR
5094413
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/30/2015 9:38:26 AM
JEFFREY D. KYLE
CLERK

## IN THE THIRD COURT OF APPEALS
## FOR THE STATE OF TEXAS

**JAMES ALAN WEATHERFORD**

**V.**

**THE STATE OF TEXAS**

NO. 03-14-00527-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/30/2015 9:38:26 AM
JEFFREY D. KYLE
Clerk

## APPELLANT'S FOURTH MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, James Alan Weatherford, by and through his attorney of record, Dal Ruggles, and files this his Fourth Motion for Extension of Time to File Brief and in support thereof, would show the Court the following:

### I.

That the above-styled and numbered cause is styled The State of Texas v. James Alan Weatherford, Cause Number 14-0874-K368 in the 368th Judicial District Court of Williamson County, Texas. Appellant was sentenced on July 23, 2014.

### II.

Appellant plead guilty to counts 2, 3, and 4 of Promotion of Child Pornography and counts 5-26 of Possession of Child Pornography with no agreed plea recommendation. Appellant went to the Court for punishment.

1

The trial court assessed punishment on counts 2, 3, and 4 at twenty (20) years imprisonment for each count to be served consecutively and five (5) years imprisonment for counts 5-26 to run concurrent with count 4. The date of sentencing was July 23, 2014.

### III.

Appellant's notice of appeal was filed on August 20, 2014. A motion for new trial was filed on August 21, 2014. The reporter's record was filed on November 19, 2014. The clerk's record was filed on September 8, 2014. Supplemental clerk's records were filed on September 18, 2014, November 21, 2014, November 24, 2014 and November 26, 2014. The due date for the brief is Thursday, April 30, 2015.

### IV.

This is Appellant's fourth motion for extension of time to file his brief. Appellant respectfully requests a twenty-one day extension of time to file the brief, which would make such brief due on Thursday, May 21, 2015.

### V.

Counsel is currently working on several felony appeals, one of which, Daniel Raymond Vadnais v. State of Texas, Cause No. 03-14-00578, will be completed and submitted tomorrow, May 1, 2015. Counsel will then be able

to devote his full attention to completing Appellant's brief for this cause number along with Appellant's corresponding brief for cause number 03-14-00528-CR. Counsel has completed his review of the record and the research associated with several extensive legal arguments that will be presented in both of Appellant's cases. He has not been able to devote sufficient time to complete the final draft of Appellant's briefs however due to his demanding workload. For this reason the undersigned attorney asks that this extension be granted so that he may devote the additional time necessary to effectively represent Appellant and so that justice may be done in this case.

Respectfully Submitted,

 /s/  Dal Ruggles
DAL RUGGLES
Attorney at Law
1103 Nueces St.
Austin, Texas 78701
Phone: (512) 477-7991
Facsimile: (512) 477-3580
SBN: 24041834
Email: dal@ruggleslaw.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, Dal Ruggles, hereby certify that a true and correct copy of the foregoing Appellant's Fourth Motion for Extension of Time to File Brief was e-served to Mr. John C. Prezas of the Williamson County District Attorney's Office on this the 30th day of April, 2015.

/s/ Dal Ruggles
DAL RUGGLES